USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2024

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAZEN ISSA,                                     :
                                                :
                              Plaintiff,        :
                                                :           1:24-cv-3582-GHW
                -against-                       :
                                                :                ORDER
A TO Z ON 8TH, INC., et al.,                    :
                                                :
                              Defendants.       :
                                                :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

On June 4, 2024, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than June 18, 2024.  Dkt. No. 13.  Neither document has been submitted.  Accordingly, the parties are directed to comply with the Court's June 4, 2024 order forthwith, and in no event later than July 2, 2024.

SO ORDERED.

Dated:  June 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge