UNITED STATES DISTRICT COURT
SOUTHERN DITRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/24
```

MAZEN ISSA,

*Plaintiff,*

v.

A TO Z ON 8TH, INC. d/b/a A2Z CONVENIENCE AND SMOKE SHOP and MANSUR ALMUHEN, individually,

*Defendants.*

**ORDER OF JUDGMENT**

1:24-cv-03582-GHW

Pursuant to Federal Rules of Civil Procedure 58 and 68, and in accordance with the Offer of Judgment accepted by Plaintiff on October 31, 2024 [D.E. 31], the Court enters final judgment in favor of Plaintiff, MAZEN ISSA against Defendants, A TO Z ON 8TH, INC. d/b/a A2Z CONVENIENCE AND SMOKE SHOP and MANSUR ALMUHEN, individually, as follows:

The Judgment is in the amount of $65,000.00;

The $65,000.00 shall be paid in one (1) lump sum payment within thirty (30) days after Plaintiff has filed an acceptance of the Offer of Judgment;

Payment will be made payable to: Morgan & Morgan, P.A., and mailed to: Morgan & Morgan, P.A., 8151 Peters Road, Suite 4000, Plantation, FL 33324 Attn.: Andrew Ross Frisch, Esq. Plaintiff and Plaintiff's counsel will be responsible for paying any and all taxes on any portion of funds that they receive from the above payment totaling $65,000.00 ("Settlement Amount"). Plaintiff and Plaintiff's counsel will provide their Tax identification to Defendants' counsel upon accepting this Offer of Judgment. All Parties agree to be solely responsible for their own tax obligations;

This judgment shall be in full satisfaction of all federal and state law wage and hour law claims, and all claims in the Complaint, or rights that Plaintiff may have against Defendants as to

any and all claims and damages, or any other form of relief, arising out of the alleged acts or omissions of the Defendants, whether known or unknowns, in connection with the facts and circumstances that are the subject of this action;

This Judgment will act to release and discharge the Defendants, their successors or assigns, and all past and present officers, employees, representatives and agents of the Defendants and their counsel from any and all wage and hour claims, and any other claim in the Complaint, that existed or could have been alleged by Plaintiff in the above-referenced action. Plaintiff waives rights to any wage and hour claims, including but not limited to any claim for interest on the amount of the judgment, but shall not waive any right to post-judgment interest in the event Defendants fail to tender payment within the timeframes set herein.

**ORDERED** that that the Clerk of Court enter judgment for Plaintiffs and close this case.

**SO ORDERED.**

DATED: November 11, 2024
New York, New York

Hon. Gregory H. Woods
United States District Judge